UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ANTHONY THORNTON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HILTON WORLDWIDE HOLDINGS INC., et al.,<br><br>　　　　　　Defendants. | Case No. C21-1483-JCC<br><br>ORDER GRANTING IFP APPLICATION |

Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 4th day of November, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP APPLICATION - 1