THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN ANTHONY THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS INC., *et al.*,<br><br>Defendants. | CASE NO. C21-1483-JCC<br><br>ORDER |

This is an action for violation of fair labor standards. (Dkt. No. 4.) Plaintiff is proceeding with this action *pro se* and *in forma pauperis*. (Dkt. No. 3.) The Court, having reviewed Plaintiff's complaint, directed that a summons should issue. (*See* Dkt. No. 6.) Upon Plaintiff's motion for service (Dkt. No. 7), and in the interest of efficiency, the Court first directs the Clerk's Office to seek a waiver of service from Defendants before directing service by the U.S. Marshal's Service.

Accordingly, the Clerk is DIRECTED to send the following to each defendant by first class mail: a copy of Plaintiff's complaint, a copy of this order, two copies of the notice of lawsuit and request for waiver of service of summons, a waiver of service of summons,[1] and a return envelope, postage prepaid, addressed to the Clerk's Office.

---

[1] Defendants have a duty to avoid the unnecessary expenses of serving the summons under Fed. R. Civ. P. 4(d)(1).

ORDER
C21-1483-JCC
PAGE - 1

Each defendant shall have **thirty (30) days** within which to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver shall have **sixty (60) days** after the date designated on the notice of lawsuit to file and serve an answer to the amended complaint or a motion permitted under Rule 12 of the Federal Rules of Civil Procedure. A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2) of the Federal Rules of Civil Procedure. A defendant who has been personally served shall file an answer or motion permitted under Rule 12 within **thirty (30) days** after service.

The Clerk is further DIRECTED to send a copy of this Order to plaintiff.

DATED this 12th day of November 2021.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE